## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff–Appellee

v.

## BOH BROTHERS CONSTRUCTION COMPANY, L.L.C., Defendant–Appellant.

No. 11–30770.

United States Court of Appeals, Fifth Circuit.

March 27, 2013.

Paul D. Ramshaw, U.S. Equal Employment Opportunity Commission, Office of

General, Washington, DC, Gregory Thomas Juge, Equal Employment Opportunity Commission, New Orleans District Office, New Orleans, LA, James P. Sacher, Equal Employment Opportunity Commission, Houston, TX, for Plaintiff–Appellee.

Walter W. Christy, Jacob C. Credeur, Attorney, Erin Rebekka Wedge Latuso, Coats, Rose, Yale, Ryman & Lee, P.C., New Orleans, LA, for Defendant–Appellant.

Leo Charles Hamilton, Breazeale, Sachse & Wilson, L.L.P., Baton Rouge, LA, for Amicus Curiae Louisiana Associated General Contractors, Incorporated.

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

---

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.